IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DANNY L. WEAVER, Individually and
on Behalf of His Minor Children, and
STACEY E. WEAVER, Individually and
on Behalf of Her Minor Children                                    PLAINTIFFS

v.                        No. 3:15-cv-83-DPM

EVERHOME MORTGAGE COMPANY; and
EVERBANK                                                            DEFENDANTS

## JUDGMENT

The amended complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

11 May 2016